IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KYLE RHODES, individually and as plaintiff class representative; WESLEY ATWOOD, individually and as plaintiff class representative; and SAMANTHA HUDON, individually and as plaintiff class representative                                                                                          PLAINTIFF

v.                                    No. 4:15CV000312 JLH

KROGER CO.; ANDREA TYSON; and PATRICK SCHERREY                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is remanded to the Circuit Court of Pulaski County, Arkansas.

IT IS SO ORDERED this 24th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE